1
2
3
4
5

6          **UNITED STATES DISTRICT COURT**

7          **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                )
                                              )
9                        Plaintiff,           )
                                              )
10                 v.                          )          2:08-CR-164-KJD (GWF)
                                              )
11   DEONTE REED,                             )
     LEONARD JACKSON,                         )
12   STEVEN GOLDEN, and                       )
     JUSTIN SPENTZ,                           )
13                                            )
                                              )
14   _____Defendants.     )

15                      **FINAL ORDER OF FORFEITURE**

16          On March 12, 2010, the United States District Court for the District of Nevada entered a

17   Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and (3)

18   and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant

19   DEONTE REED guilty of certain criminal offenses, forfeiting specific property alleged in the

20   Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which

21   defendant DEONTE REED was found guilty.

22          On March 31, 2010, the United States District Court for the District of Nevada entered a

23   Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and (3)

24   and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant

25   LEONARD JACKSON guilty of certain criminal offenses, forfeiting specific property alleged in the

26   . . .

Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant LEONARD JACKSON was found guilty.

On April 12, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and (3) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant STEVEN GOLDEN guilty of certain criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant STEVEN GOLDEN was found guilty.

On March 24, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and (3) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant JUSTIN SPENTZ guilty of certain criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant JUSTIN SPENTZ was found guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 21, 2010 through May 20, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and (3) and Title 28, United States Code,

2

Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

        (a)     a Glock Model GMBH 9mm Pistol, serial number LXL501;

        (b)     32 rounds of assorted 9mm ammunition; and

        (c)     a Taurus Model PT145PRO .45 caliber Pistol, serial number NZH79095, and any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _____9_____ day of ____July_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with

copies of the Final Order of Forfeiture on July 7, 2010 by the below identified method of service:

E-mail/ECF

Jess R. Marchese
815 South Casino Center Boulevard
Las Vegas, NV 89101
Email: marcheslaw@man.com
*Counsel for Deonte Reed*

Beau Sterling
Sterling Law, LLC
228 South Fourth Street
Las Vegas, NV 89101
Email: bsterling@sterlinglaw.us
*Counsel for Leonard Jackson*

Benjamin C. Durham
330 E. Charleston Boulevard, Suite 204
Las Vegas, NV 89104
Email: durhamlaw@mac.com
*Counsel for Steven Golden*

Mario D. Valencia
Mario D. Valencia, Law Office Of
1055 Whitney Ranch Drive, Suite 220
Henderson, NV 89014
Email: mario_valencia@cox.net
*Counsel for Justin Spentz*

_/s/AlexandraMMcWhorter_____
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal

4